IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

SHAWN TREVOR BURBANK,

      Appellant,

v.

DIANA LYNN HOPKINS,

      Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D13-4396

Opinion filed July 22, 2014.

An appeal from the Circuit Court for Okaloosa County.
Terrance R. Ketchel, Judge.

Shawn Trevor Burbank, pro se, for Appellant.

Diana Lynn Hopkins, pro se, for Appellee.

PER CURIAM.

      AFFIRMED.

CLARK, MAKAR, and OSTERHAUS, JJ., CONCUR.